# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KINIKA JACKSON,<br><br>        Plaintiff,<br><br>  v.<br><br>AARGON AGENCY INC. and ARMAND FRIED,<br><br>        Defendants. | Case No. 2:17-cv-01268-APG-CWH<br><br>**ORDER TRANSFERRING CASE** |

As stated in the Omnibus Transfer Order (ECF No. 3), the district judges of the District of Nevada have ordered that each of the cases against Aargon Collection Agency and Armand Fried that raise similar allegations be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge Nancy J. Koppe for all further proceedings. Accordingly, IT IS ORDERED:

(1) The Clerk of the Court shall TRANSFER this case to Chief District Judge Gloria M. Navarro and Magistrate Judge Nancy J. Koppe for all further proceedings.

(2) All future filings in this action shall reference Case No. 2:17-cv-01268-GMN-NJK.

DATED this 9th day of May, 2017.

                                                  ANDREW P. GORDON<br>
                                                  UNITED STATES DISTRICT JUDGE